# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 6, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146289(61)(62)

RAMA MADUGULA,
      Plaintiff/Counter-Defendant-
      Appellee,

v

BENJAMIN A. TAUB,
      Defendant/Counter-Plaintiff-
      Appellant,
and

DATASPACE INC.,
      Defendant,
and

ANDREW FLOWER,
      Defendant.
_____

SC: 146289
COA: 298425
Washtenaw CC: 08-000537-CK

      On order of Chief Justice, motions for the temporary admission to practice of John F. Ward and Jessica R. Amunson are considered and they are granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 6, 2013

_____
Clerk